OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

**James Michael WALSH, Respondent.**

**No. 354 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 5, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 5th day of February, 1999, on certification by the Disciplinary Board that the respondent, JAMES MICHAEL WALSH, who was suspended by Order of this Court dated November 5, 1997, for a period of one year, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, JAMES MICHAEL WALSH, is hereby reinstated to active status, effective immediately.

**In the Matter of Carl Thomas HOLT.**

**No. 479 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 11, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 11th day of February, 1999, Carl Thomas Holt having been suspended from the practice of law in the State of Connecticut for a period of five years by Order of the Superior Court of Connecticut, Judicial District of Stamford–Norwalk, dated August 31, 1998; the said Carl Thomas Holt having been directed on December 8, 1998, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Carl Thomas Holt is suspended from the practice of law in this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.